## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CATHY SUE DEXTER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:13-cv-971 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| COMMISSIONER OF SOCIAL | : | **Magistrate Judge Kemp** |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On September 9, 2014, the United States Magistrate Judge Kemp issued a Report and Recommendation in this case, recommending that the Plaintiff's statement of errors be sustained to the extent that this case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.  (Doc. 14 at 14).  The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so.  There has nevertheless been no objection to the Report and Recommendation.

Since neither party has objected and the filing deadline for such objections elapsed on September 23, 2014, this Court **ADOPTS** the Magistrate Judge's **Report and Recommendation** (Doc. 14).  Plaintiff's Statement of Errors (Doc. 8) is **SUSTAINED** to the extent that this case is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. § 435(g).

**IT IS SO ORDERED.**

        **s/ Algenon L. Marbley**
        **ALGENON L. MARBLEY**
        **UNITED STATES DISTRICT JUDGE**

**DATED: January 13, 2015**